| # United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Anthony Miguel Vela**<br>DOB: 1985; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**22-05854MJ** |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 14, 2022, at or near Nogales, in the District of Arizona, **Anthony Miguel Vela** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 14, 2022, Customs and Border Protection Officers (CBPOs) encountered **Anthony Miguel VELA** as he applied for entry into the United States from the Republic of Mexico while riding a bicycle through the DeConcini Port of Entry in Nogales, Arizona. During primary inspection, **VELA** told the CBPO that the bicycle belonged to him and he was looking to purchase an electric bicycle. **VELA** continued talking about the bicycle and that he was looking to purchase an electric bicycle. The CBPO thought **VELA's** continued talk about the bicycle and his intent to purchase an electric bicycle was a sign of nervousness. The CBPO lifted the bicycle, which was not electric, and noticed it felt heavier than a regular bicycle. CBPOs referred **VELA** to secondary for further inspection. In secondary, CBPOs lifted the seat of the bicycle, exposing the inside of the frame, and noticed tiny pills concealed inside. CBPOs removed the pills concealed within the frame of the bicycle. A representative sample of the contents of the pills tested positive for the characteristics of fentanyl. The fentanyl had a total weight of 1.02 kilograms.

After waiving his *Miranda* rights, **VELA** denied knowledge of the pills in the bicycle. **VELA** stated he drove from Phoenix, Arizona earlier in the day, and was dropped off near the Mexico border by his girlfriend. **VELA** stated he walked across the border into Nogales, Sonora, Mexico, where he met his friend and paid him $800 for a past debt he owed. **VELA** stated the debt was not drug related. **VELA** stated the friend gave him the bicycle to ride back into the United States to avoid waiting in the long border line. **VELA** said he planned to take the bicycle back home to fix it up.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>     Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>LLP/pl<br>AUTHORIZED AUSA *Lori Price* | SIGNATURE OF COMPLAINANT (official title)<br>**SHAWN C PATZE** Digitally signed by SHAWN C PATZE<br>Date: 2022.04.15 10:21:55 -07'00' |
|---|---|
|  | OFFICIAL TITLE<br>HSI Special Agent<br>Shawn Patze |

Sworn to telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 15, 2022 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54